IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN MCARTHUR, | No. 3:22-CV-01852 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Bloom) |
| MARTIN J. O'MALLEY, *Commissioner of Social Security*, | |
| Defendant. | |

## ORDER

**DECEMBER 29, 2023**

Lynn McArthur filed this action seeking review of a decision by the Acting Commissioner of Social Security ("Commissioner") denying McArthur's claim for social security disability benefits.[1] On December 13, 2023, Magistrate Judge Daryl F. Bloom issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in

---

[1] Docs. 1, 13.
[2] Doc. 20.
[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error—clear or otherwise—in Magistrate Judge Bloom's conclusion that the Commissioner's decision is supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Daryl F. Bloom's Report and Recommendation (Doc. 20) is **ADOPTED**;

2. The Commissioner's decision is **AFFIRMED**;

3. Final Judgment is entered in favor of Defendant and against McArthur pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.